LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN B. WAGNER
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

FILED

JAN 2 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )   No. 2:09-CR-0040
                                  )
            Plaintiff,            )   VIOLATIONS:  18 U.S.C. §§ 1341
                                  )   and 1346 - Honest Services Mail
       v.                         )   Fraud (Counts One and Two)
                                  )
JAMES RICHARD WAHL, JR.           )
                                  )
            Defendant.            )
_____)

I N F O R M A T I O N

COUNTS ONE AND TWO:   [18 U.S.C. §§ 1341 and 1346 - Honest
                       Services Mail Fraud]

  The United States Attorney charges:

      JAMES RICHARD WAHL, JR.,

defendant herein, as follows:

I. BACKGROUND

  1.   At all relevant times alleged in this Information, SK Foods, L.P. was a limited partnership with principal places of business in Monterey, California, and in Williams, Ripon and Lemoore, California, in the Eastern District of California.  SK Foods, L.P. and its related corporate entities ("SK Foods") is a

1

1 | grower and processor of tomato products and other food products,
2 | for sale to food product manufacturers, food service distributors
3 | and marketers, and retail outlets.
4 |     2.  At all relevant times alleged in this Information,
5 | Frito-Lay, Inc. ("Frito-Lay") was a multinational food products
6 | company with a principal place of business in Plano, Texas.
7 | Frito-Lay is a regular customer of SK Foods with respect to
8 | tomato paste and other tomato products.
9 |     3.  At all relevant times alleged in this Information,
10 | defendant JAMES RICHARD WAHL, JR. ("WAHL") resided in the
11 | Northern District of Texas and served as, among other positions,
12 | Senior Group Manager for Ingredients Purchasing for Frito-Lay,
13 | working out of the company's Plano, Texas headquarters.
14 |     4.  At all relevant times alleged in this Information,
15 | Intramark USA, Inc. ("Intramark") was a New Jersey based company
16 | holding itself out as a wholesaler of food ingredients, including
17 | tomato products, and an importer of juice concentrates.
18 |     5.  At all relevant times alleged in this Information
19 | Randall Lee Rahal ("Rahal") served as the President of Intramark,
20 | and as a supervisor and Director of SK Foods.  Through Intramark,
21 | Rahal also served as a sales broker for SK Foods.  In that
22 | capacity, Rahal oversaw, among other things, the negotiation of
23 | contracts between SK Foods and many of its customers, including
24 | Frito-Lay.

## II.   THE DUTY OF HONEST SERVICES

26 |     6.  As Senior Group Manager for Ingredients Purchasing for
27 | Frito-Lay, defendant JAMES RICHARD WAHL, JR. was placed in a
28 | position of trust and owed a duty of honest services to his

employer, Frito-Lay. This duty of honest services, as set forth in the Frito-Lay Code of Conduct, included an obligation on the part of WAHL to conduct his duties as Senior Group Manager for Ingredients Purchasing in an honest, faithful and disinterested manner, free from self dealing. WAHL also owed a duty under Texas law not to commit commercial bribery in violation of TEX. PENAL CODE § 32.43 (2008).

### III. THE SCHEME TO DEFRAUD

7. Beginning in or about 1998, and continuing until April 2008, in the Northern District of Texas, the District of New Jersey and elsewhere, defendant JAMES RICHARD WAHL, JR. and others did knowingly devise and intend to devise a scheme and artifice to defraud Frito-Lay, Inc. of its intangible right to WAHL's honest services in a material matter, and to obtain property by means of materially false and fraudulent pretenses, representations and promises, and to conceal said scheme.

### IV. MANNER AND MEANS

The manner and means by which the honest services mail fraud scheme was accomplished were as follows:

8. In his capacity as Senior Group Manager for Ingredients Purchasing for Frito-Lay, defendant WAHL was vested with authority to negotiate and enter into contracts, with the approval of his employer, for the purchase of processed tomato products and other food products from various processors, such as SK Foods. In the normal course, Frito-Lay and WAHL received bids for the sale of processed tomato products and other food products from processors to Frito-Lay by way of what was intended to be a competitive bidding process.

1      9.  As part of a scheme to defraud Frito-Lay of its right to
2  defendant WAHL's honest services, beginning in 1998, defendant
3  WAHL began accepting personal bribe payments from Rahal and SK
4  Foods.  In return for the personal bribe payments, WAHL agreed
5  to, and did, act in direct contravention of his duty to provide
6  his employer with honest services by ensuring that Frito-Lay
7  purchased processed tomato products and other food products from
8  SK Foods rather than from certain of SK Foods' competitors.  In
9  addition, in return for the bribe payments, WAHL provided SK
10 Foods with information that allowed SK Foods to sell certain food
11 products to Frito-Lay at inflated prices.
12     10.  Between 1998 and April 2008, WAHL received
13 approximately $160,000 in personal bribe payments from Rahal in
14 this manner.  As a result of these bribe payments, between 1998
15 and 2008 WAHL secured contracts between SK Foods and Frito-Lay
16 for the sale of certain food products at elevated prices, causing
17 a loss to Frito-Lay.
18                      IV.   **THE MAILINGS**
19     11.  On or about the dates set forth below, in the Northern
20 District of Texas, for the purpose of executing and attempting to
21 execute the aforementioned scheme and artifice to defraud,
22 defendant JAMES RICHARD WAHL, JR. did knowingly cause to be
23 delivered by mail and private and commercial carrier, and did
24 knowingly take and receive from authorized depositories for mail
25 and other matter sent or delivered by the United States Postal
26 / / / /
27 / / / /
28

4

Service, and private and commercial carrier, the items listed below:

| COUNT | DATE | SENDER | ITEM INCLUDED |
|---|---|---|---|
| ONE | 9/7/2006 | R. Rahal | Check in the amount of $4,000 from Intramark's Sun National Bank account number XXXXXX5624, payable to James Wahl in Dallas, Texas |
| TWO | 3/26/2008 | R. Rahal | Check in the amount of $5,722.94 from Intramark's Sun National Bank account number XXXXXX5624, payable to James Wahl, in Dallas, Texas |

All in violation of Title 18, United States Code, Sections 1341 and 1346.

DATE: January 26, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Sean C. Flynn
BENJAMIN B. WAGNER
SEAN C. FLYNN
Assistant U.S. Attorneys

## **PENALTY SLIP**

**JAMES RICHARD WAHL, JR.**

**COUNTS 1 and 2** 18 U.S.C. §§ 1341 and 1346 - Honest Services Mail Fraud
PENALTY:  Not more than 20 years,
Not more than $250,000 and
Supervised Release Term of 3 years

PENALTY
ASSESSMENT:  $100.00 special assessment (each count)