Robert D. Wilkinson    #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for JAMES RICHARD WAHL, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES RICHARD WAHL, Jr.,<br><br>　　　　　Defendant. | CASE No. 2:09-CR-00040 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: October 16, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |

The parties hereto, through authorized counsel, hereby stipulate that the status conference currently set for October 16, 2012, at 9:15 a.m., be continued for further status conference to January 23, 2013, at 9:15 a.m., or until a date and time thereafter convenient for the Court

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1190033v1 / 16834.0001

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

| | | |
|---|---|---|
| DATED: October 11, 2012 | | Benjamin B. Wagner<br>United States Attorney |
| | | By /s/ Matthew D. Segal<br>Matthew D. Segal<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff UNITED STATES OF AMERICA |
| DATED: October 11, 2012 | | BAKER MANOCK & JENSEN, PC |
| | | By: /s/ Robert D. Wilkinson<br>Robert D. Wilkinson<br>Attorneys for Defendant JAMES RICHARD WAHL, Jr. |

**ORDER**

That the status conference currently set for October 16, 2012, at 9:15 a.m., be continued to January 23, 2013, at 9:15 a.m.

DATED: October 15, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT