Robert D. Wilkinson     #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for JAMES RICHARD WAHL, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES RICHARD WAHL, Jr.,<br><br>　　　　　Defendant. | CASE No. 2:09-CR-00040 LKK<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>Date:　June 11, 2013<br>Time:　9:15 a.m.<br>Judge:　Hon. Lawrence K. Karlton |

　　　　　WHEREAS the Draft Advisory Guideline Presentence Investigation Report ("PSR") raises complex issues regarding the Mandatory Victim Restitution Act; and

　　　　　WHEREAS defense counsel's time to analyze and respond to the PSR has been severely limited because he is counsel for two of the defendants in an adversary proceeding in the U.S. Bankruptcy Court for the Eastern District of California, involving allegations of copyright infringement related to computer software, *In re SK Foods, L.P.,* Case No. 09-29162-D-11, *Jackson v. Olam West Coast, Inc., et al.,* Adv. Proc. No. 12-2635, in which cross motions for summary judgment and discovery are pending;

　　　　　The parties hereto, through authorized counsel, hereby stipulate that the sentencing hearing currently set for June 11, 2013, at 9:15 a.m., be continued to August 13, 2013, at 9:15 a.m., or until a date and time thereafter convenient for the Court, and that submission of counsels' objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later

1296958v1 / 16834.0001

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

than July 15, 2013, the PSR shall be filed with the Court and disclosed to counsel no later than July 22, 2013, any motion for correction of the PSR shall be filed and served no later than July 29, 2013, and any reply to such motion or a statement of non-opposition shall be filed and served no later than August 5, 2013.

DATED: May 14, 2013  Benjamin B. Wagner
United States Attorney

By: /s/ Matthew D. Segal
Matthew D. Segal
Assistant U.S. Attorney
Attorneys for Plaintiff UNITED STATES OF AMERICA

DATED: May 14, 2013  BAKER MANOCK & JENSEN, PC

By: /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant JAMES RICHARD WAHL, Jr.

**ORDER**

Good cause appearing therefore, it is hereby ORDERED that the sentencing hearing currently set for June 11, 2013, at 9:15 a.m., be continued to August 13, 2013, at 9:15 a.m., and that submission of counsels' objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than July 15, 2013, the PSR shall be filed with the Court and disclosed to counsel no later than July 22, 2013, any motion for correction of the PSR shall be filed and served no later than July 29, 2013, and any reply to such motion or a statement of non-opposition shall be filed and served no later than August 5, 2013.

DATED: May 15, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT